DECEMBER 16, 1957.

No. 11, October Term, 1956. UNITED STATES GYPSUM Co. v. NATIONAL GYPSUM Co. ET AL., 352 U. S. 457. The motion of appellant for recall and modification of the judgment is denied without prejudice to the Solicitor General moving to dissolve the three-judge district court. MR. JUSTICE CLARK took no part in the consideration or decision of this motion. *Bruce Bromley, Cranston Spray, Robert C. Keck, John D. Calhoun* and *Hugh Lynch, Jr.* for appellant-movant. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston* and *Edward Knuff* for the United States, and *Samuel I. Rosenman, Elmer E. Finck, Seymour D. Lewis, Malcolm A. Hoffmann and Seymour Krieger* for the National Gypsum Co., appellees.

No. 254. COMFY MANUFACTURING Co. ET AL. v. UNITED STATES, 355 U. S. 5. The motion of appellants for modification of the judgment is denied. Petition for rehearing denied. *Robert L. Wright* and *Milton M. Gottesman* for appellants-movants. *Solicitor General Rankin* for the United States.

No. 283. CHOW BING KEW v. UNITED STATES, 355 U. S. 889. The motion to stay the issuance of the order denying certiorari is denied. *Archibald M. Mull, Jr., Forrest E. Macomber* and *Kenneth G. McGilvray* for petitioner-movant.

No. 94. BONETTI v. BROWNELL, ATTORNEY GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *David Rein* and *Joseph Forer* for petitioner. *Solicitor General Ran-*

*kin, Warren Olney, III,* then Assistant Attorney General, *Beatrice Rosenberg* and *J. F. Bishop* for respondents.

No. 363.   Hotel Employees Union, Local No. 255, et al. *v.* Sax Enterprises, Inc., et al.; and

No. 364.   Hotel Employees Union, Local No. 255, et al. *v.* Levy et al., doing business as Sherry Frontenac Hotel, et al.   Supreme Court of Florida. Certiorari granted.   *Arthur J. Goldberg* and *David E. Feller* for petitioners.   Reported below: 93 So. 2d 591, 598.

No. 534.   Abbate et al. *v.* United States.   Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted limited to question 2 presented by the petition for the writ which reads as follows:

"Whether the petitioners were twice placed in jeopardy in violation of the Fifth Amendment to the Constitution of the United States, where the evidence shows that they had been previously convicted in the Courts of the State of Illinois of the crime of conspiracy to destroy the property of the Southern Bell Telephone Company, upon the same facts as were presented in the Courts of the United States, and upon which they were convicted of conspiracy to destroy a communications line operated or controlled by the United States."

*Charles A. Bellows* for petitioners.   *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 221, Misc.   Kermarec *v.* Compagnie Generale Transatlantique.   Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. *William L. Standard* for petitioner.   *George A. Garvey* for respondent.